UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>         Plaintiff,<br><br> v.<br><br>**AMERICAN RENAL ASSOCIATES HOLDINGS, INC.,**<br>**JONATHAN L. WILCOX,**<br>**JASON M. BOUCHER, and**<br>**KAREN J. SMITH,**<br>         Defendants. | Civil Action No. 22-CV-10651-NMG |

**JOINT NOTICE OF WITHDRAWAL OF MOTIONS BY DEFENDANT JONATHAN WILCOX AND PLAINTIFF SECURITIES AND EXCHANGE COMMISSION**

  Plaintiff Securities and Exchange Commission ("SEC") and Defendant Jonathan Wilcox have reached a settlement in principle that will completely resolve this matter with respect to Mr. Wilcox. The settlement is contingent on the review and approval of the SEC's Commissioners, a process that typically takes several weeks. Due to the upcoming trial date, the SEC is significantly expediting that process and hopes to have it completed by January 10, 2025. In the meantime, Mr. Wilcox hereby immediately withdraws his motion for summary judgment (Dkt. No. 110). Similarly, the SEC immediately *partially* withdraws its motion for summary judgment (Dkt. 106) *solely insofar as it relates to Mr. Wilcox.* The SEC is not withdrawing its motion for summary judgment with respect to Jason Boucher or Karen Smith.

1

If and when the SEC's Commissioners approve the settlement, the parties will present a Consent and proposed Judgment to the Court embodying the terms of the settlement.

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION
*By its attorneys,*

*/s/ Christopher Bruckmann*
Christopher M. Bruckmann
Peter C. Lallas
John J. Bowers
Jonathan B. Austin
Kathleen B. Shields (Mass. Bar No. 637438)
SECURITIES AND EXCHANGE COMMISSION
100 F. Street, NE
Washington, D.C.
Telephone:
(202) 551-5986 (Bruckmann)
(202) 551-6864 (Lallas)
(202) 551-4645 (Bowers)
(202) 551-3786 (Austin)
(617) 573-8904 (Shields)
Email:
BruckmannC@sec.gov
LallasP@sec.gov
BowersJ@sec.gov
AustinJo@sec.gov
ShieldsKa@sec.gov

JONATHAN L. WILCOX,
*By his attorneys,*

*/s/ Matthew N. Kane*
Matthew N. Kane (Bar No. 636801)
mnk@dcglaw.com
Daniel P. Tighe (Bar No. 556583)
dpt@dcglaw.com
Dominic D. Gouker (BBO No. 672990)
ddg@dcglaw.com
Donnelly, Conroy & Gelhaar LLP
260 Franklin Street, Suite 1600
Boston, MA 02110
(617) 720-2880

**Certificate of Service**

I certify that on December 20, 2024, the foregoing was filed electronically with the Court. The filing will be sent to the registered participants as identified on the Notice of Electronic Filing and may also be accessed through the Court's ECF system.

*/s/ Christopher Bruckmann*
Christopher Bruckmann
