UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>v.<br><br>AMERICAN RENAL ASSOCIATES HOLDINGS, INC., JONATHAN L. WILCOX, JASON M. BOUCHER, and KAREN J. SMITH,<br><br>Defendants. | Civil Action No. 22-CV-10651-NMG |

**UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY
IN SUPPORT OF DEFENDANT SMITH'S *DAUBERT* MOTION
TO PRECLUDE CERTAIN PROFFERED EXPERT OPINIONS**

Defendant Smith respectfully requests leave, pursuant to Local Rule 7.1(b)(3), to file a brief Reply to address Plaintiff's arguments in opposition to her *Daubert* Motion to Preclude Certain Proffered Expert Opinions (Dkt. 164). In support of this Motion, Defendant Smith states as follows:

1. This case arises out of the revenue recognition and accounting practices of a dialysis services company ("ARA"). The SEC alleges that Smith participated in a scheme to make improper and misleading adjustments to ARA's revenue and other financial metrics. The SEC has brought numerous claims against ARA and the individual defendants for violations of federal securities laws.

2. The SEC has disclosed that it intends to call R. Larry Johnson as an expert witness to provide opinion testimony under Fed. R. Evid. 702.

3. On December 3, 2024, Smith filed her *Daubert* Motion to Preclude Certain Proffered Expert Opinions ("*Daubert* Motion").

4.  On December 13, 2024, the SEC filed its Memorandum in Opposition to Smith's *Daubert* Motion ("Opposition").

5.  As grounds for this motion, Defendant Smith states that a brief reply of less than 10 pages will assist the Court in its consideration of Defendant's *Daubert* Motion. Defendant's reply will be limited to responding to matters raised and asserted in the SEC's Opposition and will address the SEC's arguments briefly and succinctly. The proposed Reply is attached as Exhibit A hereto.

6.  The SEC does not oppose Smith's request for leave to file the Reply.[1]

WHEREFORE, Smith respectfully requests that this Court grant her leave to file the attached Reply in Support of her *Daubert* Motion to Preclude Certain Proffered Expert Opinions.

Dated: December 24, 2024

Respectfully submitted,

*/s/ Jonathan L. Kotlier*
Jonathan L. Kotlier (BBO# 545491)
jkotlier@nutter.com
Ian D. Roffman (BBO# 637564)
iroffman@nutter.com
Alex Rothschild (BBO# 704521)
arothschild@nutter.com
Nutter, McClennen & Fish, LLP
Seaport West, 155 Seaport Blvd.
Boston, Massachusetts 02210
Telephone: (617) 439-2000
Facsimile: (617) 310-9000

*Counsel for Defendant Karen J. Smith*

---

[1] Similarly, Smith will not oppose the SEC's anticipated motion for leave to file a Reply brief of 10 pages or less in support of its *Daubert* motion.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to L.R., D. Mass. 7.1(a), I certify that counsel for Defendant Karen Smith has conferred with counsel for Plaintiff Securities and Exchange Commission ("SEC"). The SEC does not object to the relief sought by this Motion for Leave to File a Reply in Support of Smith's *Daubert* Motion to Preclude Certain Proffered Expert Opinions.

/s/ *Jonathan L. Kotlier*

## CERTIFICATE OF SERVICE

I certify that, on December 24, 2024, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ *Jonathan L. Kotlier*

7022055