UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                 **Plaintiff**,<br><br>   v.<br><br>AMERICAN RENAL ASSOCIATES HOLDINGS, INC.,<br>JONATHAN L. WILCOX,<br>JASON M. BOUCHER, and<br>KAREN J. SMITH,<br>                                 **Defendants.** | Civil Action No. 22-CV-10651-NMG |

**JOINT NOTICE OF WITHDRAWAL OF MOTIONS BY DEFENDANT JASON BOUCHER AND PLAINTIFF SECURITIES AND EXCHANGE COMMISSION**

Plaintiff Securities and Exchange Commission ("SEC") and Defendant Jason Boucher have reached a settlement in principle that will completely resolve this matter with respect to Mr. Boucher. The settlement is contingent on the review and approval of the SEC's Commissioners, a process that typically takes several weeks. Due to the upcoming trial date, the SEC is significantly expediting that process and hopes to have it completed by January 24, 2025. In the meantime, Mr. Boucher hereby immediately withdraws his motion for summary judgment (Dkt. No. 114). Similarly, the SEC immediately withdraws its motion for summary judgment (Dkt. No. 106).

1

If and when the SEC's Commissioners approve the settlement, the parties will present a Consent and proposed Judgment to the Court embodying the terms of the settlement.

Respectfully submitted,

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br>*By its attorneys,*<br><br>*/s/ Peter Lallas*<br>Christopher M. Bruckmann<br>Peter C. Lallas<br>John J. Bowers<br>Jonathan B. Austin<br>Kathleen B. Shields (Mass. Bar No. 637438)<br>SECURITIES AND EXCHANGE COMMISSION<br>100 F. Street, NE<br>Washington, D.C.<br>Telephone:<br>(202) 551-5986 (Bruckmann)<br>(202) 551-6864 (Lallas)<br>(202) 551-4645 (Bowers)<br>(202) 551-3786 (Austin)<br>(617) 573-8904 (Shields)<br>Email:<br>BruckmannC@sec.gov<br>LallasP@sec.gov<br>BowersJ@sec.gov<br>AustinJo@sec.gov<br>ShieldsKa@sec.gov | JASON BOUCHER,<br>*By his attorneys,*<br><br>*/s/ John F. Sylvia*<br>John F. Sylvia (Mass. Bar No. 555581)<br>Matthew D. Levitt (Mass. Bar No. 660554)<br>Catherine S. Lombardo (Mass. Bar No. 693414)<br>Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.<br>One Financial Center<br>Boston, MA 02111<br>Telephone: (617) 542-6000<br>Email: JFSylvia@mintz.com,<br>MDLevitt@mintz.com,<br>CSLombardo@mintz.com |

## Certificate of Service

I certify that on January 16, 2025, the foregoing was filed electronically with the Court. The filing will be sent to the registered participants as identified on the Notice of Electronic Filing and may also be accessed through the Court's ECF system.

*/s/ Peter Lallas*
Peter Lallas